IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                           Case No.:  6:12-bk-07880-KSJ

Andre Dartez

Chapter 13

Debtor
_____/

**ORDER ON VERIFIED MOTION TO VALUE COLLATERAL OF
GREEN TREE SERVICING LLC, AS SERVICER FOR FEDERAL NATIONAL
MORTGAGE ASSOCIATION (FANNIE MAE), AS OWNER AND HOLDER OF
ACCOUNTY/CONTRACT ORIGINATED BY AMNET MORTGAGE, INC.
(RE: DOC. NO. 26)**

THIS CASE came for consideration upon the Debtor's Verified Motion to Value Collateral of Green Tree Servicing LLC, as servicer for Federal National Mortgage Association (Fannie Mae), as owner and holder of account/contract originated by Amnet Mortgage, Inc. (Doc. No. 26)**.**  The Creditor has failed to file a timely response to the Motion, and therefore it is deemed not oppose the Motion. Accordingly, it is:

ORDERED that the Debtor's Verified Motion to Value Collateral of Green Tree Servicing, LLC, as servicer for Federal National Mortgage Association (Fannie Mae), as owner and holder of account/contract originated by Amnet Mortgage, Inc. (Claim No. 3-2), and the same is hereby GRANTED. It is further:

ORDERED that the Collateral, being more particularly described as:

5716 Wingate Drive, Orlando, FL 32809

LEGAL DESCRIPTION

LOT 11, BLOCK B, LAUREL PARK, FIRST ADDITION,
ACCORDING TO THE PLAT THEREOF, AS RECORDED
IN PLAT BOOK Y, PAGE 129 OF THE PUBLIC RECORDS
OF ORANGE COUNTY FLORIDA

bought from Green Tree Servicing LLC, as servicer for Federal National Mortgage Association (Fannie Mae), as owner and holder of account/contract originated by Amnet Mortgage, Inc., is determined to have a value of $60,000.00 pursuant to 11 U.S.C. §506 of the Bankruptcy Code. It is further:

ORDERED that Bank of America shall have an allowed secured claim in the amount of $60,000.00 @ 3.125% and allowed unsecured claim in the amount of $47,276.25 for the purposes of distribution through the Debtor's Chapter 13 Plan.

DONE and ORDERED in Orlando, Florida, this 15th day of October, 2012

_____
KAREN S. JENNEMANN
Chief U.S. Bankruptcy Judge

Copies furnished to:
**Attorney for Debtor,** Joel L. Gross, Esq., 655 West Highway 50, Suite 101, Clermont, FL 34711
**Chapter 13 Trustee**, Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32790-3450
**Creditor**, Green Tree Servicing, LLC, Attn: Desiree Wyatt, Bankruptcy Representative, PO Box 6154, Rapid City, SD 57709-6154; Green Tree Servicing LLC, Attn: Officer, Manager or Registered Agent, PO Box 0049, Palatine, IL 60055-0049
**Debtor**, Andre Dartez, 1632 Wind Drift, Orlando, FL 32809