# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

IN RE:

    **Andre Dartez**

                            **Debtor**

**Case No:**     **6:12-bk-07880-KSJ**

**Chapter 13**

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

**THIS CAUSE** came before the Court without a hearing upon the Debtor's Motion to Modify Confirmed Plan, docket number 113. The Court having noted that all issues are resolved by this Order and/or were resolved at the hearing, it is hereby:

**ORDERED AND ADJUDGED:**

1. That the Debtor's Motion is granted, and the Order Confirming Chapter 13 Plan is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto.

2. All other provisions of the Order Confirming Chapter 13 Plan entered by this Court on May 10, 2013 shall remain the same and in full force and effect.

**Done and Ordered on** March 2, 2015.

_____

Karen S. Jennemann
Chief United States Bankruptcy Judge

Copies furnished to: All Creditors and Interested Parties.

Trustee Laurie K Weatherford is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Exhibit  "A"

| Claim Nbr. | | Claim Type | Claim Amount | Claim Allowed | Notes | Monthly Payments | |
|---|---|---|---|---|---|---|---|
| AT | Joel L Gross | Attorney Fee | $4,750.00 | $4,750.00 | | | |
| | | | | | | 01-28/ | $100.00 |
| | | | | | | 29-29/ | $950.00 |
| | | | | | | 30-35/ | $40.00 |
| | | | | | | 36-42/ | $100.00 |
| | | | | | | 43-43/ | $60.00 |
| 001 | United Guaranty Residential | General Unsecured | $86,551.91 | $86,551.91 | ( 1) | 1-60/ | Pro Rata |
| 002 | United Guaranty Residential | General Unsecured | $48,625.12 | $48,625.12 | ( 2) | 1-60/ | Pro Rata |
| 003 | Green Tree Servicing Llc | Ongoing Mortgage | $60,000.00 | $65,257.81 | ( 3) | | |
| | | | | | | 01-35/ | $257.03 |
| | | | | | | 36-36/ | $56,261.76 |
| 004 | Harley Davidson Credit Corp | Secured By Vehicle | $18,583.28 | $21,169.20 | ( 4) | | |
| | | | | | | 01-02/ | $381.57 |
| | | | | | | 03-03/ | $352.32 |
| | | | | | | 04-60/ | $351.82 |
| 005 | Internal Revenue Service | Priority | $2,866.24 | $2,866.24 | ( 5) | | |
| | | | | | | 01-02/ | $422.00 |
| | | | | | | 03-03/ | $1,185.44 |
| | | | | | | 04-04/ | $70.00 |
| | | | | | | 05-36/ | $0.00 |
| | | | | | | 37-39/ | $192.00 |
| | | | | | | 40-40/ | $190.80 |
| 006 | Bank Of America, N.A. | General Unsecured | $101,677.95 | $0.00 | ( 6) | | |
| 007 | American Infosource Lp | General Unsecured | $7,341.73 | $0.00 | ( 7) | | |
| 008 | Portfolio Recovery Associates | General Unsecured | $7,418.53 | $7,418.53 | | 1-60/ | Pro Rata |
| 009 | Asset Acceptance Llc | General Unsecured | $14,450.09 | $0.00 | ( 8) | | |
| 010 | Asset Acceptance Llc | General Unsecured | $16,291.48 | $0.00 | ( 9) | | |
| 011 | Portfolio Recovery Associates | General Unsecured | $14,819.75 | $0.00 | ( 10) | | |
| 012 | Bank Of America, N.A. | Ongoing Mortgage | $145,000.00 | $159,267.84 | ( 11) | | |
| | | | | | | 01-02/ | $1,037.87 |
| | | | | | | 03-04/ | $571.38 |
| | | | | | | 05-35/ | $641.04 |
| | | | | | | 36-36/ | $136,177.10 |
| 013 | Resurgent Capital Services | General Unsecured | $11,986.76 | $0.00 | ( 12) | | |
| 014 | Citimortgage, Inc. | Ongoing Mortgage | $124,000.00 | $19,398.87 | ( 13) | | |
| | | | | | | 01-02/ | $751.79 |
| | | | | | | 03-09/ | $484.00 |
| | | | | | | 10-26/ | $853.37 |
| 015 | Citimortgage | Ongoing Mortgage | $202,891.47 | $0.00 | ( 14) | | |
| 016 | Federal National Mortgage Associatic | Ongoing Mortgage | $193,486.77 | $0.00 | ( 15) | | |
| | | | | | | 01-03/ | $978.16 |
| | | | | | | 04-60/ | $1,045.52 |
| 116 | Federal National Mortgage Associatic | Mortgage Arrears | $1,002.83 | $1,002.83 | ( 16) | | |
| | | | | | | 01-38/ | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | 39-39/ | $501.42 |
| | | | | | | 40-40/ | $501.41 |
| 216 | Federal National Mortgage Associatic | Gap Pay | $1,045.52 | $1,045.52 | ( 17) | | |
| | | | | | | 01-36/ | $0.00 |
| | | | | | | 37-38/ | $522.76 |
| 503 | Green Tree Servicing Llc | General Unsecured | $47,276.25 | $47,276.25 | ( 18) | 1-60/ | Pro Rata |
| 505 | Internal Revenue Service | General Unsecured | $235.66 | $235.66 | ( 19) | 1-60/ | Pro Rata |
| 512 | Bank Of America, N.A. | General Unsecured | $38,665.09 | $38,665.09 | ( 20) | 1-60/ | Pro Rata |
| 514 | Citimortgage, Inc. | General Unsecured | $31,965.28 | $31,965.28 | ( 21) | 1-60/ | Pro Rata |

Note (  1)    PURSUANT TO ORDER DATED 12/03/2012, MORTGAGE LIEN STRIPPED AND CLAIM SHALL BE TREATED AS UNSECURED.

Note (  2)    PURSUANT TO ORDER DATED 12/03/2012, MORTGAGE LIEN STRIPPED AND CLAIM SHALL BE TREATED AS UNSECURED.

Note (  3)    CLAIM REPRESENTS AMENDED CLAIM 3-2.
              PURSUANT TO ORDER DATED 10/15/2012, CREDITOR SHALL HAVE AN ALLOWED SECURED CLAIM IN THE AMOUNT OF $60,000.00 PAYABLE AT 3.125% INTEREST. THE BALANCE $47,276.25 SHALL BE ALLOWED AS UNSECURED.

Note (  4)    PURSUANT TO ORDER DATED 9/27/2012, CLAIM ALLOWED AT 5.25% INTEREST.

Note (  5)    CLAIM REPRESENTS AMENDED CLAIM 5-2, DEBTORS 2008, 2009, AND 2011 INCOME TAX PERIOD.

Note (  6)    PURSUANT TO ORDER DATED 12/03/2012, MORTGAGE LIEN STRIPPED AND CLAIM SHALL BE TREATED AS UNSECURED.

              CLAIM WITHDRAWN 3/29/2013, DEBT FORGIVEN.

Note (  7)    PURSUANT TO ORDER DATED 8/24/2012, CLAIM 7-1 IS DISALLOWED PURSUANT TO THE PROVISIONS CONTAINED IN SAID ORDER.

Note (  8)    PURSUANT TO ORDER DATED 9/27/2012, CLAIM 9-1 IS DISALLOWED PURSUANT TO THE PROVISIONS CONTAINED IN SAID ORDER.

Note (  9)    PURSUANT TO ORDER DATED 9/27/2012, CLAIM 10-1 IS DISALLOWED PURSUANT TO THE PROVISIONS CONTAINED IN SAID ORDER.

Note (  10)   PURSUANT TO ORDER DATED 9/27/2012, CLAIM 11-1 IS DISALLOWED PURSUANT TO THE PROVISIONS CONTAINED IN SAID ORDER.

Note (  11)   PURSUANT TO AGREED ORDER DATED 1/07/2013, CLAIM VALUED AS SECURED $145,000.00 PLUS 3.375% INTEREST AND THE BALANCE OF CLAIM $38,665.09 SHALL BE TREATED AS UNSECURED.

Note (  12)   PURSUANT TO ORDER DATED 10/24/2012, CLAIM 13-1 IS DISALLOWED PURSUANT TO THE PROVISIONS CONTAINED IN SAID ORDER.

Note (  13)   PURSUANT TO AGREED ORDER DATED 3/15/2013, CLAIM VALUED AS SECURED $124,000.00 PAYABLE AT 5.25% INTEREST. THE BALANCE OF CLAIM $32,965.28 SHALL BE TREATED AS UNSECURED.
              THIS CLAIM WILL SURVIVE THE PLAN AND DEBTOR MUST RESUME PAYMENT TO CREDITOR AFTER COMPLETION OF THEIR CHAPTER 13 PLAN.
              COLLATERAL FOR THIS CLAIM IS BEING SURRENDERED

Note (  14)   CLAIM SUPERSEDED BY CLAIM NO. 16.

Note (  15)   PURSUANT TO PROOF OF CLAIM PRINCIPLE DUE AMOUNT $193,486.77.
              CLAIM TRANSFERRED TO FEDERAL NATIONAL MORTGAGE ASSOC.

Note (  16)   SEE NOTE ON CLAIM NO. 16

Note (  17)   CLAIM REPRESENTS ONE GAP PAYMENT.
              SEE NOTE ON CLAIM NO. 16

Note (  18)   SEE NOTE ON AMENDED CLAIM 3-2.

Note (  19)   SEE NOTE ON AMENDED CLAIM 5-2

Note (  20)   SEE NOTE ON CLAIM NO. 12.

Note (  21)   SEE NOTE ON CLAIM NO. 14.

### Debtor Payments to the Trustee

| Months | Amount |
|--------|--------|
| 1-3 | $4,365.00 |
| 4-9 | $3,200.00 |
| 10-29 | $3,610.00 |
| 30-35 | $2,600.00 |
| 36-36 | $215,500.00 |
| 37-60 | $2,600.00 |

ONLY TIMELY FILED CREDITORS SHALL BE PAID PRO RATA FROM FUNDS AVAILABLE AFTER PAYMENT OF PRIORITY AND SECURED CLAIMS.
Variations in distributions between the debtor's plan and this Order shall be resolved in favor of this Order.

NOTICE TO ALL CREDITORS LISTED ABOVE:  In an effort to disburse all funds held by the Trustee on a monthly basis, it is possible that you may on occasion receive partial payment. However, the Claim Allowed by this Court will be paid in full by the end of the Debtor's plan. All undesignated funds will be distributed to unsecured creditors.

ALL TAX RETURNS must be provided to the Trustee annually by April 30. All future refunds from the Internal Revenue Service shall be turned over to the Chapter 13 Standing Trustee for distribution to unsecured creditors.

ACCORDING TO THE CONFIRMED CHAPTER 13 PLAN, or any modified plan thereafter, the last regular monthly mortgage payment to be paid through the Chapter 13 Trustee's office is June 14, 2017. Therefore, it is important that the Debtor resumes their regular monthly mortgage payments directly to the mortgage creditor thereafter.